[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 07 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jamal A. Akbar

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheena Johnson

1:23-cv-01396
Judge Matthew F. Kennelly
Magisrate Judge M. David Weisman
RANDOM

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

JAMAL A. AKBAR,

  Plaintiff,

vs.

Complaint No._____

SHEENA JOHNSON,
HARPER SQUARES MANAGEMENT,
Individually and in her official capacity,

  Defendant.

## COMPLAINT

Now comes Plaintiff, Jamal A. Akbar, pro-se and caretaker of Mother who has been a resident of the Property in question since 1973, with the exception of 2 years. Many of building's residents are seniors who lived there for years, including the elderly woman (retired teacher killed). This Property is located at **4850 South Lake Park, Chicago, Illinois, 60615, 25 stories, 360 units.**

(1) This is a claim for violation of plaintiff's civil rights as protected by the constitution and laws of the United States under 42 U.S.C. 1983;

(2) The court has jurisdiction under 42 U.S. C. 1983;

(3) Plaintiff's full name is **Jamal A. Akbar**;

(4) Defendants name(s) and title is **Sheena Johnson (Property Manager.)**

Harper Squares is a property management company licensed in Chicago and contracted with the Chicago Housing Authority (CHA) and the Department of Housing and Urban Development (HUD) to provide provide property management and oversite of rent-able housing units (both private and governmental (public housing).

Defendant **Sheena Johnson** was and is site manager of **Harper Square Management** directly responsible for the care and upkeep of its residents and the facility, their was a breach of duly, a breach of care long before **January 25th,2023,**. The Kenwood building where this deadly fire broke has a

history of city violations related to fire code at **Harper Square Cooperative.** Defendant *Sheena Johnson* basic responsibilities are as follows:

- Setting and collecting rent;
- Handling maintenance requests;
- Filling vacant units;
- Setting the budget for the property.
- All of the above is **planning, controlling, or evaluating roles.** And at all times relevant to this cause of action the Defendant was acting under the color of state law. Defendant **Sheena Johnson** is being sued individually and in her official capacity.

## STATEMENT OF FACT 1.

The Plaintiff lawfully contends contractual services were found guilty of stealing properties from apartments unaffected by the fire, this could only occur if they were unsupervised by management **(planning and controlling).** Plaintiff visited the building January 27th, 2023 and January 31th 2023, only to find that management was permitting entry into resident's apartments by unfamiliar individuals, the following requirements were as follow:

- Affix your signature to this (sheet of paper) leave phone number and someone who call, give them a description of properties to be retrieve, this was totally ridiculous;
- On January 31th, 2023, Plaintiff forward a letter to management requesting entry into Mother's apartment being escorted by one from maintenance staff;
- This outstretched effort was in good faith, **seeking to avoid judicial intervention,** but it strongly appears Plaintiff's good faith effort has fallen upon deaf ears much like the recommendations of the fire marshal, where one is dead, and nine injured.

## STATEMENT OF FACT 2.

The Plaintiff lawfully contends that the precautionary evacuation conditions has subsided to the extent of entry being permitted as spelled-out above. If it's safe for this unfamiliar individual to take description of items in need and then going through one's personal items, it should be safe for entry in an area that is totally unaffected by this tragedy.

This tragedy fire started on the 15th floor and spread very rapidly, going vertically from floor to floor all the way up to the 24th floor. While the Defendant management is deflecting blame, redirecting focus, to avoid dealing with negative consequences (spelled-out by the fire marshal). The Defendant continues to give mix-signals to residents keeping them in a state of stress and confusion, but have made arrangements for collecting rent. This unbridled arrogance **must cease!!** Accountability and trust is at a **stand-still.** The Defendant knowingly and willingly ignored the recommendations (suggestion or proposal as to the best course of action, especially one put forward by an authoritative body) in this case City inspectors. The right to live in decent, safe, and sanitary housing that is free from **environmental hazards such as turning a deaf ear to city inspectors recommendations.**

## STATEMENT OF FACT 3.

- I'm the <u>biological son and caretaker</u> of Ms. Delores Murphy, who resident is on the second floor;
- I have been in and out of the property in question since 1983;
- Routine activity on the 1st floor has resume, U.S. Mail, Security Guard Station open, and residents on the west-side of property are permitted to go and come as they please;
- The apartment we seek to enter is on the second floor, totally unaffected by fire (see statement two above);
- Important documents, medications, coat, booths and other needed items I have a knowledge of where they are located;
- **<u>Many of the residents are seniors and are forced to two rents;</u>**

## RELIEF REQUESTED

Plaintiff prays that this Court award the following relief:

A. Entry of Declaratory Judgment as it pertains to the (statement of fact 1, management has statutory duly to keep safe resident's property by not allowing unsupervised activities;

B. Entry of Declaratory Judgment as is pertains to Plaintiff request to be escorted by maintenance staff and/or perhaps a United States Court appointed monitor;

B-1 Entry of Declaratory Judgment that Ms. Murphy is being deprived of her apartment in the absence of danger, being deprived of human dignity and her quality of life with no factual reasons;

C. Enter a Show Cause Order why entry into areas unaffected by fire is a violation of fundamental fairness in direct violation of the Due Process Clause of the 14th Amendment to the United States Constitution, since the water has ran its course and routine activities on 1st floor are next to normal;

D. Entry of an Order enjoining Defendant to pay all costs and fees pertaining to this litigation, (the Court should note that a letter dated January 31st, 2023, requesting the very same relief was delivered by hand to the Defendant's in-house mail, given a ten-day notice to reply). This honorable effort has too fallen upon deaf ears, see: (statement of fact -1);

E. Entry of Declaratory Judgment as it pertains to (statement-2) "Property management agents and property owners must be in communicating with residents **on any relevant issues or concerns.** That policies, practices, customs, and expectancy attaches to due process;

G. Entry of Declaratory Judgment as it pertains to (statement-3) paying two rents is psychologically disruptive and has such grievous effects;

H. Provide all further and additional relief as this Court deems just and proper.

4

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See pg. Four

VI. The plaintiff demands that the case be tried by a jury. ☐ YES  ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13th day of Feb, 20 23

*Jamal A. Akbar*

(Signature of plaintiff or plaintiffs)

JAMAL A. AKBAR
(Print name)

_____
(I.D. Number)

6151 S. Michigan Ave #307
Chicago, IL. 60637
(Address)

5

Revised 9/2007