# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jamal A. Akbar, | ) | |
|     Plaintiff, | ) | Case No: 23 C 1396 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| Sheena Johnson, | ) | |
|     Defendant. | ) | |

## ORDER

The Court grants plaintiff's application to proceed in forma pauperis [3] but, for the reasons stated below, directs the Clerk to enter judgment dismissing this case for failure to state a claim. All other motions are terminated as moot [5].

## STATEMENT

Jamal Akbar has filed a complaint against Sheena Johnson of Harper Squares Management alleging what he contends is a violation of 42 U.S.C. § 1983. Mr. Akbar alleges that Harper Squares contracted with government agents to provide property management services for private and public housing, including an apartment building called the Kenwood building, where Mr. Akbar's mother lives. There was evidently a fire at the Kenwood building. Mr. Akbar alleges that property was stolen from his mother's apartment because, after the fire, Ms. Johnson and her company required residents to evacuate but failed to secure the property and allowed unauthorized persons to enter it. Putting aside whether Mr. Akbar can sue on his mother's behalf (he probably can't), his allegations do not describe a viable federal-law claim. Section 1983 permits suits for violations of constitutional rights, and any potentially applicable rights (for example, the right to due process before one is deprived of property, or equal protection) require governmental action. In this case there is none. The fact that Harper Square contracted with the government isn't sufficient. *See, e.g., Rendell-Baker v. Kohn*, 457 U.S. 830, 841 (1982). For this reason, Mr. Akbar does not have a viable federal-law claim. His mother may be able to sue Harper Square and/or Ms. Johnson in state court for negligence or other wrongs under state law, but there is no basis for federal court jurisdiction on claims of that sort, as there is no basis to believe that Mr. Akbar's mother and Ms. Johnson or Harper Square are citizens of different states. *See* 28 U.S.C. § 1332(a).

Date: April 6, 2023

                                                                                                                        _____
                                                                                                                MATTHEW F. KENNELLY
                                                                                                             United States District Judge